



# MEMORANDUM OPINION

No. 04-11-00092-CV

Michele **INGRAM**,
Appellant

v.

Paul Allen **INGRAM**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-16016
Honorable Gloria Saldana, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  April 6, 2011

DISMISSED

A filing fee of $175.00 was due from appellant Michelle Ingram when this appeal was filed but was not paid. *See* TEX. GOV'T CODE ANN. §§ 51.207(b)(1), 51.941(a)(1) (Vernon 2005); Texas Supreme Court Order Regarding Fees Charged In Civil Cases In the Supreme Court and the Courts of Appeals (July 21, 1998) § B.1.(a).  Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay – at the time an item is presented for filing – whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

Accordingly, on February 23, 2011, this court ordered appellant to either (1) pay the applicable filing fee or (2) provide written proof to this court that she is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). Our order informed appellant that if she failed to provide such written proof within the time ordered, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3. Appellant has not responded. Accordingly, this appeal is dismissed. Costs of appeal are assessed against appellant.

PER CURIAM